UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

ZAKUNDA-ZE HANDBERRY, ET AL.,

                Plaintiffs,

      -against-

WILLIAM C. THOMPSON, JR., ET AL.,

                Defendants.

------------------------------------ x

MEMORANDUM OPINION
AND ORDER

96 Civ. 6161 (GBD) (JCF)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close this case.

Dated: New York, New York
      March 31, 2016

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge