UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

ZAKUNDA-ZE HANDBERRY, et al.,

        Plaintiffs,

    -against-

WILLIAM C. THOMPSON, JR., et al.,

        Defendants.

------------------------------------------------x

STIPULATION AND ORDER OF
DISMISSAL AS AGAINST
THE STATE DEFENDANT
WITHOUT PREJUDICE

96 Civ. 6161 (GBD) (JCF)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, any and all claims of plaintiffs as against defendant Commissioner of the New York State Education Department MaryEllen Elia[1] in this proceeding are hereby dismissed without prejudice, and

    IT IS FURTHER STIPULATED AND AGREED that the dismissal herein is without payments, attorneys' fees, costs, disbursement or expenses to any party or counsel for any party.

Dated: New York, New York
    May 27, 2016

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
*Attorneys for Plaintiff*
By:

Roberto Finzi, Esq.
Matthew J. Weiser, Esq.
1285 Avenue of the Americas

Dated: New York, New York
    ~~May~~ June 1, 2016

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
*Attorneys for State Defendant*
By:

Monica Connell, Esq.
120 Broadway, 24th Floor
New York, New York 10271
Tel: (212) 416-8965

---

[1] When commenced, this action named as a defendant Richard Mills, who was sued only in his official capacity as then-Commissioner of the New York State Education Department. As of July 6, 2015, the Commissioner of the New York State Education Department is MaryEllen Elia. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Elia, in her official capacity, is substituted in the place of former Commissioner Mills.

New York, NY 10019
(212) 373 - 3311
Fax: (212) 492 - 0311

Fax: (212) 416-6075

Dated: New York, New York
    May 31, 2016

Dated: New York, New York
    May __, 2016

THE LEGAL AID SOCIETY
*Attorneys for Plaintiffs*
By:

ZACHARY W. CARTER
Corporation Counsel of the City of
New York
*Attorneys for City Defendants*
By:

Dori A. Lewis, Esq.
Mary Lynne Werlwas, Esq.
Prisoners' Rights Project
199 Water Street
6th Floor
New York, NY 10038
(212) 577-3530
Fax: (212) 509-8433

Georgia Pestana, Esq.
Janice Birnbaum, Esq.
100 Church Street, Room 2-101
New York, NY 10007
(212) 513-7970

SO ORDERED:

JUN 06 2016

George B. Daniels, U.S.D.J.

Dated: New York, New York
    May __, 2016

New York, NY 10019
(212) 373 - 3311
Fax: (212) 492 - 0311

Dated: New York, New York
    May ___, 2016

THE LEGAL AID SOCIETY
*Attorneys for Plaintiffs*
By:

_____
Dori A. Lewis, Esq.
Mary Lynne Werlwas, Esq.
Prisoners' Rights Project
199 Water Street
6th Floor
New York, NY 10038
(212) 577-3530
Fax: (212) 509-8433

Fax: (212) 416-6075

Dated: New York, New York
    May 26, 2016

ZACHARY W. CARTER
Corporation Counsel of the City of
New York
*Attorneys for City Defendants*
By:

_____
Georgia Pestana, Esq.
Janice Birnbaum, Esq.
100 Church Street, Room 2-101
New York, NY 10007
(212) 513-7970

SO ORDERED:                    JUN 06 2016

_____
George B. Daniels, U.S.D.J.

Dated: New York, New York
    May ___, 2016

New York, NY 10019
(212) 373 - 3311
Fax: (212) 492 - 0311

Fax: (212) 416-6075

Dated: New York, New York
    May __, 2016

Dated: New York, New York
    May __, 2016

THE LEGAL AID SOCIETY
*Attorneys for Plaintiffs*
By:
    /s/
_____

Dori A. Lewis, Esq.
Mary Lynne Werlwas, Esq.
Prisoners' Rights Project
199 Water Street
6th Floor
New York, NY 10033
(212) 577-3530
Fax: (212) 509-8483

ZACHARY W. CARTER
Corporation Counsel of the City of
New York
*Attorneys for City Defendants*
By:
    /s/
_____

Georgia Pestana, Esq.
Janice Birnbaum, Esq.
100 Church Street, Room 2-101
New York, NY 10007
(212) 513-7970

SO ORDERED:

JUN 06 2016

George B. Daniels, U.S.D.J.

Dated: New York, New York
    June 6, 2016