# Certification

**STATE OF NEW YORK, COUNTY OF BRONX, SS:**

I, Luis M. Diaz, County Clerk and Clerk of Supreme Court Bronx County, do hereby certify that on March 6, 2018 I have compared the document attached hereto,

250057/2018 Clerk's Minutes , ORDER AND TEMPORARY RESTRAINING ORDER, AFFIRMATION & EXHIBITS, DATED 3/6/18 filed 3/6/2018 page(s) 1-3

with the originals filed in my office and the same is a correct transcript therefrom and of the whole of such original in witness whereto I have affixed my signature and seal.

*Luis M. Diaz*

LUIS M. DIAZ
BRONX COUNTY CLERK

FAx: 212-356-3506

At an IAS Part 7 of the Supreme Court of the State of New York, held in and for the County of Richmond at the Courthouse, located at 851 Grand Concourse, on the ___6___ day of 2018 March

PRESENT: HON. ~~WILMA GUZMAN~~ Alison Y. Tuitt, J.S.C.
JUSTICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

In the Matter of THE CITY OF NEW YORK on behalf of its mayoral agency, THE NEW YORK CITY DEPARTMENT OF CORRECTION,

        Petitioner,

For Judgment Pursuant to Article 78

-against-

THOMAS A. BEILIN, as Chairman of the NEW YORK STATE COMMISSION ON CORRECTION, and THOMAS J. LOUGHREN and ALLEN RILEY, as commissioners,

        Respondents.

ORDER ~~TO SHOW CAUSE~~
AND TEMPORARY
RESTRAINING ORDER

Index No. 250057/18

---

  Upon the annexed Verified Petition of the City of New York, on behalf of its mayoral agency, the New York City Department of Correction ("City" or "Petitioner"), duly verified on March 5, 2018, and the supporting Affirmation of Martin Bowe, signed on March 5, 2018 and exhibits annexed thereto and the Affidavits of Ronald Greenberg, David Gomez, Timothy Farrell, and Nicholas Marinacci, all sworn to on March 5, 2018,

  **LET** the Respondents, THOMAS A. BEILIN, Chairman of the NEW YORK STATE COMMISSION ON CORRECTION ("SCOC"), and SCOC Commissioners THOMAS J. LOUGHREN and ALLEN RILEY (collectively, "SCOC" or Respondents")

SHOW CAUSE at a Term, Part __7__ (Room _624_), of this Court, to be held on the ____ day of ____, 2018, at _9:30_ o'clock a.m./p.m. or as soon thereafter as counsel can be heard, at the County Courthouse, 851 Grand Concourse, Bronx, New York 10451

WHY an Order and Judgment should not be entered pursuant to CPLR Article 78:

1. ~~Granting the Verified Petition and~~ **Temporarily** enjoining implementation of a directive by SCOC mandating the reduction of the maximum facility capacity for the Robert N. Davoron Center, the principal jail on Rikers Island that houses adolescent males (16-17 years old) by March 6, 2018 (the "Reduction") until the administrative appeal process has been completed.

2. Granting such other and further relief as this Court may deem just and proper.

**SUFFICIENT** reason appearing therefor, it is

**ORDERED** that, pursuant to CPLR §§ 6301, 6311, 6312, and 6313, pending ~~the hearing~~ the decision of the administrative appeal or other applicable remedies ~~and determination of this motion~~ that Respondents are immediately temporarily restrained from enforcing the Reduction as described in paragraph 1; and it is further

~~**ORDERED** that oral argument shall be required on the return date of this motion; and~~ it is further

**ORDERED** that a copy of this Order and a copy of the Verified Petition and the accompanying affidavits shall be personally served on the Respondents at the New York State Department of Correction, Alfred E. Smith State Office Building, 80 South Swan St., 12th floor, Albany, New York 12210 or by telefax at 518-485-2467, and on the Office of the

Attorney General of the State of New York, 120 Broadway, 24th floor, New York, NY, on or before the __12$^{r}$__ day of March 2018, and that such service shall be sufficient service.

No previous request for the above relief or similar relief has been made to this or any other Court.

_____
J.S.C.

Alison Y. Tuitt, J.S.C.