# Exhibit B

# Third Report on the Status of Education Services for Youth Aged 16-21 at Rikers Island [1] [2]

Peter E. Leone, Ph.D. Special Master

*Handberry et al., v. Thompson*, 96 Civ. 6161 (GBD) (JCF) July 2, 2018

---

[1] This report was prepared with the cooperation of the NYC Department of Correction and the NYC Department of Education.

[2] This report corrects an error in the original report issued June 28, 2018.

**Executive Summary**

- The NYC Department of Education (DOE) through the East River Academy (ERA) provides education to inmates aged 17 to 21 at seven correctional facilities operated by the Department of Correction (DOC) on Rikers Island.

- The DOC and DOE are in substantial compliance with two, and partial compliance with three of the five provisions of the Court's March 31, 2016 order.

- Sixteen and 17 year-old students receive an average of five hours of education services each day.

- Some 18 to 21 year-old students receive an average of three hours of education services each day.

- Sixteen and 17 year-old students in restrictive housing on average receive more than three hours of instruction each day. Older students, those aged 18 to 21 in restrictive housing do not receive three hours of instruction each day.

- Approximately 28% of the students enrolled in the East River Academy receive special education services. The quality of special education services for 18 to 21 year-old students on restrictive housing is compromised by late arrivals and early dismissals.

- SEPs developed by DOE staff are comparable to the IEPs developed for students prior to their incarceration. Students with SEPs receive services and supports as specified on their plans with the exception of older students in restrictive housing.

- In general, students receive appropriately tailored instruction when in school.

**Introduction**

This is the third semi-annual report in response to the order entered by United States District Judge Daniels on March 31, 2016 in *Handberry v. Thompson*. Most recently, on February 9, 2018, the Court so ordered the parties to confer with the Special Master to discuss outstanding issues prior to issuing this Third Report. The Court also ordered that the Special

Master submit this report to the Court by June 29, 2018 and the parties' submit their responses to the Second and /or Third Reports by August 31, 2018.

Following the submission of the Second Report to the Court and the parties on December 19, 2017, I requested attendance sheets for education services on the restricted housing units for January (OBCC) and February (GRVC).  On March 15 and 16, 2018 I visited Rikers Island to follow up on three provisions that I identified as areas of partial compliance in my Second Report. During the March visit I conferred with education and DOC staff, observed classes, and interviewed students. On April 30, 2018, I met with the parties in mid-town Manhattan for two hours to discuss my most recent visit to Rikers, and outstanding issues in the case.  I also listened to issues raised by the parties and responded to questions and comments about data analysis and reporting. In this Third Report to the Court, I summarize my findings from my visits during the past two years, note the status of compliance for each provision, and comment on outstanding issues.  I conclude with several recommendations.

**Status of Compliance with the Court's March 31, 2016 Order**

Correctional facilities can be challenging environments in which to provide services. Institutional culture shapes the quality of and access to education. Security, treatment, and education staff must collaborate to ensure that eligible inmates receive services in a safe and secure environment. While the education program at Rikers has shown marked improvements during the past two years, access to education for inmates age 18 to 21 is a persistent problem.

East River Academy (ERA), the school on Rikers Island, is operated by District 79 of the New York City Department of Education.  The program serves youth aged 16 to 21 in seven (7) jails on the Island. Over the past two years I visited Rikers Island seven times for a total of 16

days. During these visits I observed classroom instruction and interviewed administrators, teachers, BOE and DOC support staff, and students. I also reviewed attendance records, IEPs[3] and SEPs[4], and related documents. During classroom observations, I obtained copies of handouts, worksheets, and instructional materials. At the end of each visit, I debriefed with DOC and DOE leadership and shared with them observations from the visit and made recommendations. I conferred with DOE administrators from District #79 prior to and following my visits to request additional documents and information. Discussion of each provision of the Court's March 31, 2016 order and the status of compliance follows.

1.   *All eligible inmates shall be provided a minimum of 3 hours of educational services every school day.  Status: partial compliance.*

Access to education services for the eligible population of inmates continues to be highly variable. All 16 and 17 year old youth at RNDC receive approximately five hours of instruction each school day, a level of service that exceeds the requirement of this provision. At RNDC classes start close to their scheduled time at the beginning of the school day and after lunch. Because education is mandatory for 16 and 17 year olds at Rikers, the average attendance at RNDC and RNDC Annex is the highest among all facilities in which ERA provides services.

For 18 to 21 year-old students at EMTC and GMDC[5] the school operates approximately five hours each day from 8:00 am to 2:20 pm with a break for lunch. However, at GRVC, NIC,[6] OBCC, and RMSC the education program is scheduled for three hours each school day. My observations, review of sign-in sheets, and discussions with DOC staff and inmates on housing

---

[3] Individualized Education Programs.
[4] Special Education Programs.
[5] An evening program at GMDC for 18 to 21 year old students operates for three hours each day.
[6] A few inmates at NIC, the North Infirmary Command, receive education services.

units show that many 18 to 21 year old youth enrolled in school in these facilities do not attend school regularly. I found attendance and participation highly variable in the facilities serving older youth. As I noted in my second report,[7] I interviewed a number of youth in different facilities who were enrolled but not in school. Some students reported that they choose to attend school only two or three days each week. Other youth did not attend because of conflicts between the school schedule and the schedule for commissary, recreation, and services provided by outside contractors such as I-CAN. Discussions with assigned school officers and unit staff also revealed occasional miscommunication about school.[8] Because of miscommunication, some students who wanted to attend school were never called down or escorted to classes.

As I noted in my second report, some facilities serving 18 to 21 year old students such as GMDC and EMTC provide incentives for students attending school and/or have designated 'success houses' where inmates interested in education are grouped together. The attendance data displayed in Tables 1 and 2 show a slightly higher average rate of attendance at these facilities.

I observed instruction in all classes when I visited facilities.  In general, the quality of instruction in most classes that I observed was good. At RNDC and most other sites, students were actively engaged in reading, writing, and discussing the lessons. Students responded to teachers' questions, contributed their thoughts about instructional activities, and interacted with each other appropriately.  For example, during a classroom observation at RNDC on March 15, 2018, I observed nine students vigorously discussing Nat Turner in history class while one other student was working independently on an economics lesson.  The following day, March 16, 2018

---

[7] Second Report on the Status of Education Services for Youth Aged 16-21 at Rikers Island, December 17, 2017.
[8] On occasion school is cancelled because of specialized activities and facility lockdowns.

at GMDC, I observed seven students in another history class discussing the origins of WWII, critiquing propaganda posters from that period, and defining and discussing terms like totalitarianism, fascism, and appeasement. During my classroom visits over the past two years I saw very little horseplay, sleeping, or other inappropriate behavior in classrooms.[9]

Tables 1 and 2 display enrollment and attendance data from the 2017 and 2018 academic years.[10] The evidence shows that during the 2017 academic year, on average between 71% and 81% youth assigned to the main school and the annex at RNDC serving 17 and 18 year olds, attended school. During January through March of the 2018 academic year that just concluded, the average attendance at the main school and the RNDC annex ranged from 82% to 84%, a slight increase over the previous year.  At the remaining facilities serving students aged 18 to 21, in 2017 the average attendance ranged from 33 to 49%.[11] (See Table 1.)  For these same facilities serving older youth, for the first three months of 2018 the average attendance ranged from a low of 27% to a high of 51%.[12] (See Table 2.)

For 18 to 21 year-old inmates on Rikers Island, education is optional. ERA staff actively recruits 18 to 21 year-old students to the education program. Staff regularly visits units to recruit potentially eligible students who are age eligible but who at intake initially indicated that they were not interested in attending school. With a few exceptions, most of these youth are placed at EMTC, GMDC, GRVC, NIC, OBCC, and RMSC.

---

[9] One might argue that the behavior in class is a function of the presence of correctional officers in class or in the hallways immediately outside of class.  While the presence of custody staff certainly has a deterrent effect on inappropriate student behavior, I also believe that the quality of the instruction promoted student engagement and consequently, appropriate behavior.

[10] These data were provided by the NYC Department of Education.

[11] The NIC or infirmary, because of the low number of students, was excluded from this description.

[12] RSMC, the women's facility, also serves a small number of women aged 16 and 17.

*Table 1 Enrollment January – March 2017 and End of Year Attendance by Site,[13]*

| Site | January Enrollment | February Enrollment | March Enrollment | EOY Attendance |
|---|---|---|---|---|
| EMTC | 36 | 32 | 30 | 47% |
| GMDC - Main | 98 | 103 | 97 | 43% |
| GMDC - Peace Center | 64 | 72 | 73 | 34% |
| GRVC | 9 | 8 | 3 | 34% |
| NIC | 1 | 1 | 1 | 29% |
| OBCC | 21 | 20 | 25 | 33% |
| RMSC | 34 | 31 | 24 | 49% |
| RNDC - Annex | 42 | 44 | 44 | 81% |
| RNDC - Main | 104 | 105 | 86 | 71% |
| Total | 409 | 416 | 383 | 52% |

*Table 2 Enrollment and Attendance by Site, January - March, 2018[14]*

| Site | January Enrollment | January Attendance | February Enrollment | February Attendance | March Enrollment | March Attendance |
|---|---|---|---|---|---|---|
| EMTC | 18 | 48% | 17 | 50% | 23 | 51% |
| GMDC - Main | 99 | 36% | 84 | 34% | 82 | 35% |
| GMDC - Main PM | 20 | 35% | 13 | 35% | 18 | 32% |
| GMDC - Peace Center | 37 | 38% | 26 | 37% | 21 | 37% |
| GRVC | 6 | 27% | 4 | 27% | 5 | 30% |
| OBCC | 17 | 47% | 12 | 42% | 11 | 42% |
| RMSC | 26 | 49% | 21 | 48% | 25 | 49% |
| RNDC - Annex | 32 | 82% | 41 | 83% | 39 | 83% |
| RNDC - Main | 87 | 84% | 72 | 83% | 75 | 84% |
| Total | 342 | 53% | 291 | 52% | 299 | 53% |

[13] Enrollment reflects the number of students who were on the site's register as of the last school day of the month. Attendance reflects the year-to-date EOY (September 2016 to June 2017) ERA attendance rate (sum of days present / sum of days enrolled). Students are assigned to sites in the attendance data based on their most recent site of enrollment.
[14] Enrollment reflects the number of students who were on the site's register as of the last school day of the month. Attendance reflects the year-to-date ERA attendance rate (sum of days present / sum of days enrolled). Students are assigned to sites in the attendance data based on their most recent site of enrollment.

Tables 1 and 2 reflect the declining enrollment in the ERA during the past two years. As the population on Rikers continues to fall, the pool of inmates eligible for education correspondingly declines.

2.      *Placement in a restricted housing unit does not change an eligible inmate's entitlement to educational services under any provision of this Order. Status: Partial Compliance*

During site visits in 2017 and 2018 I observed classes in the RNDC Annex for youth in three restrictive housing units: the TRU (Transitional Restorative Unit), the mental observation unit, and protective custody. This group of 16 and 17 year old students, receive education services and attend school in regular classrooms that are similar to those used by other students with the exception of additional DOC staff in the classrooms. The education services on these restrictive units for 16 and 17 year-old students continue to be compliant with this provision.

In contrast, services for older inmates in restrictive housing are not compliant with this provision. In my first report issued February 2017, I found the education services on the restrictive housing units on GRVC and OBCC for older inmates minimally compliant. However, during subsequent visits following interviews with students and staff, review of attendance sheets, and my experience with elevated noise levels in the school areas I found the education services inadequate and not compliant with this provision. In my most recent report issued in December 2017, I found the City in partial compliance with this provision. While I believe the education program at RNDC is in substantial compliance with this provision, the education services at GRVC an OBCC are not in compliance.

Eighteen to twenty-one year old students in the restricted housing units are scheduled to attend school during a three-hour morning or three-hour afternoon session at OBCC. At GRVC instruction is scheduled from 8:30 to 11:30 am. A persistent problem at both GRVC and OBCC is the lengthy delay in getting students from their cells and housing units to class. I requested and obtained copies of the sign in sheets for education on restrictive housing during January 2018 at OBCC and February 2018 at GRVC. Consistent with my December 2017 report, I found that students consistently arrived late for class, were dismissed early, and in general did not receive three hours of education services consistent with the Court's March 31, 2016 order.[15] For example, during the week of January 8-12, 2018, students in the restricted housing units at OBCC arrived on average one hour late to school and received an hour and 15 minutes of instruction. During the week of February 5-8, 2018, one or two of six students at GRVC regularly attended classes; they received on average one to one and a half hours of instruction on the days they attended.

During my visit to the school program on the restrictive housing unit at OBCC on March 15, 2018, I found students at their desks on time and ready to work at 12:30 pm for the afternoon session. This was the first time during the past two years that I have been monitoring the implementation of the Court's March 31, 2016 order that I found students in class at the start of school at OBCC.[16] In addition to two teachers, the school counselor was also in class that day meeting individually with students. According to several staff I interviewed, a new warden and

---

[15] The Appendix provides a sample of redacted and annotated attendance sheets from OBCC in January 2018. The attendance sheets for GRVC in February 2018 showed a similar pattern of attendance.

[16] During other visits, I often waited for a half an hour or more with teachers prior to any students arriving for class. During some visits, I interviewed students in the housing units who were scheduled to be in class but were not.

deputy warden at OBCC resulted in a greater attention to education rights of students and ensuring that they were in class on time.[17]

While lock downs and other disruptions occasionally result in the cancellation of classes, students also have reported that some days they are not called down for classes. In addition to showing arrival and departure times, the attendance sheets show that some students refuse to attend some days. Interviews with student inmates, indicate that some choose not to attend school every day. Others report that they want to attend but are called down late or not at all some days. The record also shows atypical patterns of attendance. For example on January 9, 2018, at OBCC the sign-in sheet reported that nine students from five different housing units all "refused" to attend school.

At OBCC, inmates are shackled to rings in the floor and are unable to have physical contact any of the other students in the classroom.[18] At GRVC the staff have limited the number of students served at the same time and students are no longer shackled to rings in the floor. The classroom space in both facilities is minimally adequate and when I visited OBCC on March 15 2018 the noise level was tolerable.  The DOE has two teachers, dually certified in special education and content areas, assigned to teach in the ESHU at OBCC and one dually certificated teacher serving the restricted population at GRVC.

---

[17] The NYC Board of Correction in its July 2017 report, *Assessment of Enhanced Supervision Housing (ESH) for Young Adults*, described chronic problems associated with ensuring that students on the enhanced secure units arrive at school on time.  They noted that on average, students arrived an hour late for classes. See https://tinyurl.com/y8lmduav.

[18] I continue to have concerns about the use of restraints on all students while in school on the restrictive housing units for 18 to 21 year-olds.  It is difficult to gauge the necessity of restraints on all inmates during school on the specialized units.  However, the NYC Board of Correction in its July 2017 report, *Assessment of Enhanced Supervision Housing (ESH) for Young Adults,* reported that in other jurisdictions when restraint desks were used they were part of "multi-level step-down programs designed to transition inmates out of punitive segregation or similarly restrictive non-disciplinary segregation and back into general population or the community." This is not the practice on the Enhanced Secure Housing units at Rikers. https://tinyurl.com/y8lmduav

The classroom space I observed at OBCC and GRVC during my December 2017 and March 2018 visits was more conducive to learning than it had been previously. However, the classroom at GRVC only has space for four or five students. This arrangement and an informal policy of having just one of two students in the classroom at a time places a ceiling on the number of youth who can be served as well as the amount of instruction students can receive. If more than five inmates on the restrictive housing unit in GRVC were interested in attending it would be impossible for them to do so. At the time of my visit, students were receiving education on an individual basis for a maximum of 1.5 hours per student each day.

With the exception of students at RNDC, the jail for 16 and 17 year old inmates, those placed on restrictive housing on OBCC and GRVC do not receive the minimum three hours of education services each day. The evidence shows that the DOC and DOE are in partial compliance with this provision.

3.    Unless *stated explicitly to the contrary, any and all requirements set forth in this Order shall apply to all of the schools, educational programs, and methods of instruction operated by DOE in DOC facilities. Status: Substantial Compliance*

During my March 21-22 visit this year, there were five inmates aged 18 to 21 at the NIC, a hospital unit. According to staff, all had indicated that they were not interested in participating in the education program. Through discussion with teachers during my March 2018 visit, I learned of an inmate student who was transferred to the West facility and did not receive education for several months before he was subsequently transferred to a unit with a school program.

Inmates aged 18 to21 at detention centers or borough houses in Brooklyn, the Bronx, Queens and Manhattan are screened within 24 hours of their incarceration to determine if they are interested in enrolling in the education program. When they indicate that they would like to attend school they are transferred to a facility on Rikers Island with an education program. As noted in my December 2017 report, between December 1, 2016 and April 1, 2017, 37 inmates from borough detention centers requested school services and 11 who remained in DOC custody were transferred to jails with education programs at Rikers Island.

While the DOC and DOE make efforts to ensure that all inmates eligible and interested in attending school are transferred to facilities with education programs, on occasion inmates are placed in facilities without services. Failure to place eligible inmates in jails with services occurs but in my estimation is not a systematic problem. Both DOC and DOE leadership staff are well aware of the education rights of inmates and strive to ensure those interested in attending school receive services.

DOC and DOE are in substantial compliance with this provision.

4. *DOC shall ensure that each eligible inmate is provided access to educational services consistent with this Order in a timely manner, including if necessary providing escorts for travel to and from his or her place of educational instruction. Status: Partial Compliance*

The DOC has assigned correctional officers to serve as escorts to move students from living units to school areas. Correctional officers maintain call down lists that they use to locate and accompany students to school. Prior to the start of classes, some correctional officers phone units to prompt students to be ready when the officers stop by the units to pick them up.

Observations, review of call down lists, and discussion with the DOC escort staff suggest that while access to school has improved, it is inconsistent. Some correctional officers assigned to the schools, call units before the start of the school day. They inform staff that they will soon be on the units to pick up students for school; for many units this process works as intended and students arrive in the school area within 15 minutes of the scheduled start time. However, inmates I interviewed during my visits units reported that on some school days, escorts did not come to their units to take them to school or arrived more than an hour after the scheduled start of school. On other units, staff reported incorrectly that school had been cancelled on one of the days I visited when in fact, school was in session.

The evidence shows that the DOC and DOE are in partial compliance on this item.

5.   *Inmates who are disabled and identified as in need of special education or related services shall receive such services, including when placed in a restricted housing unit or method of instruction. If necessary, an Individualized Education Plan ("IEP") or Special Education Plan ("SEP") may be modified in accordance with 20 U.S.C. § 1414(d) and 34 C.F.R. § 300.324, consistent with legitimate penal objectives. In the event this occurs, such modifications shall be the least restrictive necessary to accommodate the security needs of the jail.  Status: Substantial Compliance*

Of the 366 students enrolled in the ERA on March 1, 2017, 144 or 40% were receiving special education services. On March 1, 2018, 85 students or 28% of those enrolled were receiving special education services.  Interviews with staff and a review of files on site suggest that ERA reviews files and interviews inmates for special education eligibility as they are placed

at each facility. At intake, ERA staff interview all 16 and 17 year-old inmates and 18 to 21 year old inmates who have indicated that that are interested in attending school. Using the on-line database, staff determines prior NYC DOE enrollment.  The STARS database enables counselors to access transcripts, school history, and special education status for students. Staff requests records from other school districts for youth not previously enrolled in DOE schools. Staff obtain IEPs and related special education documentation through SESIS, an on-line database.

During my visits, I reviewed SEPs, talked with special education teachers, and observed instruction for students eligible for special education services. I discussed with teachers and counselors their service delivery and students on their rosters. I also interviewed students with SEPs who were receiving special education services in the general population at each of the facilities as well as on the restricted units at RNDC, OBCC, and GRVC. The evidence showed that the process of identifying students and the services provided to students were consistent with the requirements of this provision.

In my December 2017 report, I described a review of SEPs (Special Education Programs) and IEPs (Individualized Education Programs) that I conducted of a random sample of 20 students I selected from a roster of all students receiving special education at Rikers in March 2017.  Nineteen of the 20 students were receiving services; one file sent to me was for a student who had aged out and was no longer eligible for services.

The 19 SEPs were similar to the previously developed IEPs for the students with a couple of exceptions.[19] By design, IEPs contain much more detailed information about prior evaluations, student needs, and transition activities than the SEPs.  Both documents contain

---

[19] Much of the information in this section is a restatement of material from the Second Report to the Court.

information about present levels of performance, annual goals, and frequency and intensity of services. For nearly all SEPs, I found comparable instructional in the same academic areas as on the IEPs. On several IEPs I found several goals in reading and math and but only one broader goal on the SEP in each of these area but at the same instructional level. The sample of SEPs I reviewed showed nearly identical frequency and intensity of related services. For example, for file #3, the student's IEP contained one reading, one writing, two math, and two counseling goals. The SEP for this student contained one reading, one writing, one math, and one social development goal. The related services for this student – 40 minutes of individual counseling once each week, was identical on the IEP and the SEP. On the IEP for this student, the special education services called for FT special education placement with a 15:1 (student:teacher) ratio. The SEP had integrated instructional programming with 1:1 pull-out of the general class five times each week.[20]

The IEP and SEP for student #13 contained similar instructional goals. The IEP called for instruction in a general co-taught class with the support of a paraprofessional and no related services. The SEP specified placement in co-taught classes with special education support in science and social studies. The SEP also called for 40 minutes of counseling once each week, a related services not found on the IEP.

The evidence shows that the DOC and DOE are in substantial compliance on this provision.

---

[20] The classes at Rikers typically have from 3-8 students.

**Recommendations**

1. Develop a protocol for movement of inmate students from housing units to the school area for each correctional facility served by the East River Academy. Ensure that correctional officers assigned to the school as well as officers on the living units are familiar with the protocol. Review school attendance including arrival times by units each month. Provide feedback and support to units with low rates of attendance and chronic late arrival times.

2. As 16 and 17 year-old inmates are transferred from Rikers Island and the DOC to other facilities, expand the use of program houses for 18 to 21 year olds. Provide support and incentives to increase the rate of attendance among 18 to 21 year olds who are enrolled in school but who do not attend regularly.

3. Review procedures and space for education services on the Enhanced Secure Housing units. Carefully monitor arrival and departure times by units and for individual students. Continue regular meetings between DOC and DOE supervisory and administrative staff to ensure that eligible students who want to attend school are able to do so. Consider consolidating all education services for students in ESH units in one facility.

4. Periodically monitor the movement of 18 to 21 year olds from correctional facilities without education programs to facilities with education programs.

5. Review the use of escorts to transport students to school on each housing unit. Identify units that are successful in getting students to class on time and use that information and those procedures to inform and support other units that struggle with this requirement.

6. Periodically review the adequacy of education services for students with special needs. Ensure that SEPs are implemented and that students receive services to which they are entitled.

APPENDIX


Excerpts of School Attendance Sheets from OBCC Enhanced Secure Housing Unit

January, 2018





**SY 2017-2018**

**Site: OBCC**

**01/09/18**

*1/9/18*

## Afternoon Session

**12:30pm – 3:30pm**

Five of seven students were in class. Two were in court and three refused. The students in class arrived 1 hour and 1 hour and 45 minutes after the scheduled start of class. Instructional time for the students was 45 minutes and 60 minutes.

**OBCC SECURE (ESHU)**

**ATTENDANCE SHEET**

| # | Student's Name | Housing area | HS / TASC | Signature | Arrival Time | Departure Time/Comments |
|---|---|---|---|---|---|---|
| 1 | ███ | 3S | TASC | | | Refused |
| 2 | ███ | 3S | TASC | | | Refused |
| 3 | ███ | 3S | TASC | court | | court |
| 4 | ███ | 3S | HS | ███ | 1:30 | 3:30 |
| 5 | ███ | 3S | TASC | | | Refused |
| 6 | ███ | 3S | TASC | Court | | Court |
| 7 | ███ | 3S | TASC | ███ | 2:15 | 3:30 |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |





**Department of Education**

SY 2017-2018

Site: OBCC

01/09/18

# Morning Session

None of the students attended school.  Students were from five different housing units.

08:35am – 11:35am

OBCC SECURE (ESHU)

ATTENDANCE SHEET

| # | Studentn's Name | Housing area | HS / TASC | Signature | Arrival Time | Departure Time/Comments |
|---|---|---|---|---|---|---|
| 1 | | 1N | TASC | | | Refused |
| 2 | | 1N | TASC | | | Refused |
| 3 | | 1W | TASC | | | Refused |
| 4 | | 1W | TASC | | | Refused |
| 5 | | 3SW | TASC | | | Refused |
| 6 | | 3SW | TASC | | | Refused |
| 7 | | 5W | TASC | | | Refused |
| 8 | | 5W | TASC | | | Refused |
| 9 | | 5SW | TASC | | | Refused |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

 

**Department of Education**

**ERA** East River Academy

SY 2017-2018

Site: OBCC

01/22/18

## Afternoon Session

12:30pm – 3:30pm

Six of seven students on the roster attended. Arrival times were from 1 to 2.25 hrs. after scheduled start time. Total instructional time for each student range from 45 minutes to 120 minutes. Students were all from unit 3S.

**OBCC SECURE (ESHU)**

**ATTENDANCE SHEET**

| # | Student's Name | Housing area | HS / TASC | Signature | Arrival Time | Departure Time/Comments |
|---|---|---|---|---|---|---|
| 1 | | 3S | TASC | | 230 | 3:30 |
| 2 | | 3S | HS | | 2:30 | 3:30 |
| 3 | | 3S | TASC | | 130 | 3:30 |
| 4 | | 3S | TASC | | | Refused |
| 5 | | 3S | TASC | | 1:35 | 3:30 |
| 6 | | 3S | TASC | | 145 | 3:30 |
| 7 | | 3S | TASC | | 2:40 | 3:30 |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |





**SY 2017-2018**

**Site: OBCC**

**01/22/18**

# Morning Session

**08:35am – 11:35am**

Five of nine students on the roster attended. Arrival times ranged from 20 minutes after the scheduled start of class. Instructional time for students ranged from 55 to 155 minutes. Students were from five different housing units.

**OBCC SECURE (ESHU)**

**ATTENDANCE SHEET**

| # | Studentn's Name | Housing area | HS / TASC | Signature | Arrival Time | Departure Time/Comments |
|---|---|---|---|---|---|---|
| 1 | ▉ | 1N | TASC | ▉ | 8:55 | 11:30 |
| 2 | ▉ | 1W | TASC | | | Refused |
| 3 | ▉ | 3SW | TASC | | | Refused |
| 4 | ▉ | 3SW | TASC | ▉ | 9:50 | 11:30 |
| 5 | ▉ | 5W | TASC | ▉ | 9:35 | 11:05 |
| 6 | ▉ | 5W | TASC | | | Refused |
| 7 | ▉ | 5SW | TASC | | | Refused |
| 8 | ▉ | 5SW | TASC | ▉ | 9:10 | 10:05 |
| 9 | ▉ | 5W | TASC | ▉ | 9:35 | 11:00 |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |





**SY 2017-2018**

**Site:  OBCC**

**01/31/18**

## Afternoon Session

**12:30pm – 3:30pm**

Five of seven students on the roster attended. Two students refused. Arrival times ranged from 1.5 to 2.5 hrs. after scheduled start time. Total instructional time for each student ranged from 30 minutes to 90 minutes. All students were from the same housing unit, 3S. All students except one were working on their TASC, a high school equivalency certificate.

**OBCC SECURE (ESHU)**

**ATTENDANCE SHEET**

| # | Student's Name | Housing area | HS / TASC | Signature | Arrival Time | Departure Time/Comments |
|---|---|---|---|---|---|---|
| 1 | S███████ ██ █████el | 3S | TASC | ████████ | 3:06 | 3:30 — |
| 2 | S████████ | 3S | HS | ████████ | 2:38 | 3:30 |
| 3 | B████████ | 3S | TASC |  | 2:00 | 3:30 |
| 4 | B████████ | 3S | TASC |  |  | Refused |
| 5 | S████████ | 3S | TASC | ████████ | 2:15 | 3:30 |
| 6 | S████████ ██ █l | 3S | TASC |  |  | Refused |
| 7 | V████████ | 3S | TASC | ████████ | 2 30 | 3:30 |
| 8 | T████████ | 3S | TASC |  |  |  |
| 9 |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |
| 13 |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |

 

**Department of Education**

SY 2017-2018

Site: OBCC

01/31/18

## Morning Session

08:35am – 11:35am

Two of nine students on the roster attended. Three students were in court and four students refused. Students arrived 25 and 45 minutes late. Instructional time for one student was 90 minutes; for the other, 60 minutes. Both students were working on their TASC, a high school equivalency certificate. Students were from five different housing units.

**OBCC SECURE (ESHU)**

**ATTENDANCE SHEET**

| # | Student's Name | Housing area | HS / TASC | Signature | Arrival Time | Departure Time/Comments |
|---|---|---|---|---|---|---|
| 1 | ▉ | 1N | TASC | | | Refused |
| 2 | ▉ | 1W | TASC | | | Refused |
| 3 | ▉ | 1W | TASC | | | Refused |
| 4 | ▉ | 3SW | TASC | ▉ | 9:00 | 11:30 |
| 5 | ▉ | 5W | TASC | court | | court |
| 6 | ▉ | 5W | TASC | | | Refused |
| 7 | ▉ | 5W | TASC | Court | | court |
| 8 | ▉ | 5SW | TASC | Court | | Court |
| 9 | ▉ | 5SW | TASC | ▉ | 9:20 | 10:20 |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |