

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

JANICE BIRNBAUM
Phone: (212) 356-2085
Fax: (212) 356-2439
E-mail:jbirnbau@law.nyc.gov

November 28, 2018

*By ECF*
Hon. George B. Daniels, U.S.D.J.
United States District Court
500 Pearl Street
New York, N.Y. 10007

Re:   *Handberry v. Thompson;* 96 Civ. 6161 (GBD)
      City Defendants' Request for a 2-week Extension
      of Time to Respond to Plaintiffs' Objections
      to the Second and Third Special Master Reports

Dear Judge Daniels:

I am an Assistant Corporation Counsel assigned to defend *Handberry v. Thompson,* the above-referenced class action, originally filed in 1996, asserted against, *inter alia,* the New York City Department of Education ("DOE") and the City of New York ("City") on behalf of its mayoral agency, the New York City Department of Correction ("DOC"; collectively "City Defendants").

I write to request a two-week extension of time to respond to plaintiffs' objections to Dr. Leone's Second and Third Reports (Docket No. 287). The requested extension would extend the due date from November 30, 2018, to December 14, 2018. The additional time is needed because it is taking me longer than I anticipated to draft the City Defendants' papers. Moreover, the additional time is needed so that my clients and I can complete our review of certain issues, including verifying certain facts and reviewing certain documents. Plaintiffs do not object to this extension request. This is the first extension request for the City Defendants' response. Granting this request does not affect any currently scheduled dates.

Respectfully,

Janice Birnbaum
Senior Counsel