# EXHIBIT A

RNDC Main School Site

Class Schedule – 1/16/18

2017-18 school year

# ERA RNDC TEACHER SCHEDULE — EFFECTIVE JANUARY 16, 2018

## RNDC MAIN

| ROOM & HOUSING AREA | 0<br>8:00-8:50 | 1ST<br>8:50-9:45 | 2ND<br>9:45-10:40 | 3RD<br>10:40-11:35 | 4TH<br>11:35-12:30 | 5TH<br>12:30-1:25 | 6TH<br>1:25-2:20 |
|---|---|---|---|---|---|---|---|
| 2CN<br>HIGH SCHOOL<br>ROOM 1 | ART CLUB<br>YOUNG | A-DAY<br>ART<br>YOUNG<br>B-DAY<br>PE<br>SO | MATH<br>LACEY-AMOS<br>PAGAN-PARA | LUNCH | SCIENCE<br>CARBERRY | SOCIAL STUDIES<br>CLARK<br>CROMARTIE-PARA | ELA<br>MORELLI |
| 2CS<br>HIGH SCHOOL<br>ROOM 52 | REGENTS PREP<br>WRIGHT | SCIENCE<br>WRIGHT | A-DAY PE<br>SO<br>B DAY ART<br>YOUNG | MATH<br>TOWNSEND | LUNCH | SOCIAL STUDIES<br>WILLS | ELA<br>REID |
| 3US<br>HIGH SCHOOL<br>ROOM 2 | REGENTS PREP<br>CLARK | NFTE<br>ELECTIVE<br>BARNES | ELA/PBL<br>MORELLI & PINZON | LUNCH | MATH<br>LACEY-AMOS | A-DAY<br>ART<br>YOUNG<br>B-DAY<br>PE<br>SO | SCIENCE<br>CARBERRY<br>PAGAN-PARA |
| PBL PULL-OUT<br>ROOM 3 | PINZON/MORELLI<br>ROOM 5 |  | ELA<br>MORELLI<br>RM 2 | LUNCH | SOCIAL STUDIES<br>PINZON<br>RM 6 | ELA<br>MORELLI<br>RM 6 | ELA=<br>MORELLI<br>RM 1 |
| 5LS<br>HIGH SCHOOL<br>ROOM 6 | SCIENCE CLUB<br>CARBERRY | A-DAY<br>NFTE-ELECTIVE<br>VANDIVER<br>PAGAN-PARA<br>B-DAY<br>PE<br>MCKENZIE | SCIENCE<br>WRIGHT<br>HARRIS SPED PUSH-IN | LUNCH | SOCIAL STUDIES<br>PINZON | ELA<br>MORELLI | MATH<br>LACEY-AMOS |
| 5US<br>HIGH SCHOOL<br>ROOM 69 | REGENTS PREP<br>TOWNSEND | MATH<br>TOWNSEND | SOCIAL STUDIES<br>WILLS | ELA<br>BREW-HAMMOND<br>MEYERS SPED PUSH-IN | LUNCH | SCIENCE<br>WRIGHT<br>HARRIS-SPED PUSH-IN | A-DAY<br>ART<br>YOUNG<br>B-DAY<br>PE<br>SO |
| 5CN/CS<br>TASC/HS<br>ROOM 50 | CHESS CLUB<br>FANNELL<br>TORRES-PARA | A DAY<br>PE<br>MCKENZIE<br>B-DAY<br>CHESS<br>FANNELL | MATH<br>TOWNSEND | SCIENCE<br>CARBERRY | LUNCH | ELA<br>REID | SOCIAL STUDIES<br>WILLS |
| 3UN<br>TASC/HS<br>ROOM 43 | BOOK CLUB<br>REID | ELA<br>REID | SCIENCE<br>CARBERRY | SOCIAL STUDIES<br>CLARK | LUNCH | MATH<br>TOWNSEND | A-DAY<br>CHESS<br>FANNELL<br>B-DAY<br>PE<br>MCKENZIE |

# ERA RNDC TEACHER SCHEDULE
## EFFECTIVE JANUARY 16, 2018

| ROOM & HOUSING AREA | 0<br>8:00-8:50 | 1st<br>8:50-9:45 | 2nd<br>9:45-10:40 | 3rd<br>10:40-11:35 | 4th<br>11:35-12:30 | 5th<br>12:30-1:25 | 6th<br>1:25-2:20 |
|---|---|---|---|---|---|---|---|
| MOD 1N<br>TASC/HS<br>ROOM 70<br>Horticulture | REGENTS PREP<br>LACEY-AMOS | A-DAY<br>PE<br>SO<br>B-DAY<br>NFTE<br>MCCANTS | SOCIAL STUDIES<br>CLARK & CROMARTIE | MATH<br>LACEY-AMOS & CROMARTIE | LUNCH | ELA COLLECTIONS<br>BREW-HAMMOND<br>MEYERS<br>SPED PUSH-IN | SCIENCE<br>WRIGHT HARRIS/<br>SPED PUSH-IN |
| 5UN<br>TASC<br>ROOM 54 | REGENTS PREP<br>WILLS | SOCIAL STUDIES<br>WILLS | ELA COLLECTIONS<br>REID-MCCANTS<br>SPED PUSH-IN | SCIENCE<br>VANDIVER<br>PAGAN: PARA | LUNCH | A-DAY<br>PE<br>SO<br>B-DAY<br>CHESS<br>FANNELL | MATH<br>GREENBERG |
| 5LN<br>TASC<br>ROOM 68 | BOOK CLUB<br>BREW-HAMMOND | ELA<br>BREW-HAMMOND | A-DAY<br>NFTE<br>VANDIVER<br>B-DAY<br>PE<br>MCKENZIE | MATH<br>GREENBERG | LUNCH | SCIENCE<br>VANDIVER<br>PAGAN-PARA | SOCIAL STUDIES<br>PINZON<br>CROMARTIE:PARA |
| TASC PREP<br>ROOM 5 | MENTORING:<br>MORALES | TASC PREP<br>MORALES | TASC PREP<br>MORALES | LUNCH | TASC PREP<br>MORALES | MATH<br>HAYES<br>TORRES-PARA | MATH<br>HAYES<br>TORRES -PARA |
| REGENTS PREP<br>ROOM 55 | REGENTS PREP<br>GREENBERG | MATH<br>GREENBERG | ELA<br>BREW-HAMMOND | TBD | LUNCH | REGENTS PREP<br>MATH<br>GREENBERG | REGENTS PREP S.S.<br>CLARK |
| ACADEMIC LITERACY<br>ROOM 4 | MEYERS<br>MCCANTS<br>LITERACY INTERVENTION | LITERACY INTERVENTION<br>MEYERS | LITERACY INTERVENTION<br>MEYERS | LITERACY INTERVENTION<br>MCCANTS | LUNCH | LITERACY INTERVENTION<br>MCCANTS<br>MEYERS | |
| PBL PULL-OUT<br>ROOM 3 | PBL<br>PINZON<br>MORELLI<br>ROOM 5 | PREP | SOCIAL STUDIES<br>PBL<br>PINZON<br>PULL-OUT<br>ROOM 2 | LUNCH | SOCIAL STUDIES PBL<br>MORELLI/PINZON<br>PULL-OUT<br>ROOM 6 | ELA<br>PBL<br>MORELLI/PINZON<br>PULL-OUT<br>ROOM 6 | ELA<br>PBL<br>MORELLI<br>PULL-OUT<br>ROOM 1 |
| ENL<br>ROOM 49 | ENL INTERVENTION<br>KURMEN | ENL<br>KURMEN | ENL<br>KURMEN | ENL<br>KURMEN | LUNCH | | ENL<br>KURMEN |
| MATH LAB<br>ROOM 56 | TASC/TABE PREP<br>HAYES | HAYES<br>TORRES-PARA | HAYES<br>TORRES-PARA | | LUNCH | GREENBERG<br>TORRES-PARA | |

# ERA RNDC TEACHER SCHEDULE — EFFECTIVE JANUARY 16, 2018

| ROOM & HOUSING AREA | 0<br>8:00-8:50 | 1st<br>8:50-9:45 | 2nd<br>9:45-10:40 | 3rd<br>10:40-11:35 | 4th<br>11:35-12:30 | 5th<br>12:30-1:25 | 6th<br>1:25-2:20 |
|---|---|---|---|---|---|---|---|
| PARAS | PAGAN ATTENDANCE<br>CHISOLM TABE PREP<br>CROMARTIE COPIES | CROMARTIE COPIES<br>CHISOLM TABE TESTING (ROOM 53) | CHISOLM TABE TESTING (ROOM 53) | CHISOLM TABE TESTING (ROOM 53) | LUNCH | CHISOLM TABE TESTING (ROOM 53) | CHISOLM TABE TESTING (ROOM 53) |

## TEACHER SCHEDULE – RNDC MAIN

| | 0 | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|---|
| MEYERS | SPED LITERACY INTERVENTION RM 4 | LITERACY INTERVENTION RM 4 | LITERACY INTERVENTION RM 4 | ELA SPED PUSH-IN RM 69 | LUNCH | LITERACY INTERVENTION RM 4 | PREP |
| MCCANTS | SPED LITERACY INTERVENTION RM 4 | NFTE ROOM 70 | ELA SPED PUSH-IN RM 54 | LITERACY INTERVENTION RM 4 | LUNCH | LITERACY INTERVENTION RM 4 | PREP |
| LACEY-AMOS | REGENTS PREP RM 70 | PREP | MATH RM 1 | MATH RM 70 | MATH RM 2 | LUNCH | MATH RM 6 |
| GREENBERG | REGENTS PREP RM 55 | REGENTS PREP RM 55 | PREP | MATH RM 68 | LUNCH | REGENTS PREP RM 55 | MATH 54 |
| TOWNSEND | REGENTS PREP RM 69 | MATH RM 69 | MATH RM 50 | MATH RM 52 | LUNCH | MATH RM 43 | PREP |
| CARBERRY | SCIENCE CLUB RM 6 | PREP | SCIENCE RM 43 | SCIENCE RM 50 | SCIENCE RM 1 | LUNCH | SCIENCE RM 2 |
| WRIGHT | REGENTS PREP RM 52 | SCIENCE RM 52 | SCIENCE RM 6 | PREP | LUNCH | SCIENCE RM 69 | SCIENCE RM 70 |
| PINZON | PBL PULL-OUT RM 5 | PREP | PBL ELA/SOCIAL STUDIES RM 2. | LUNCH | SOCIAL STUDIES PBL RM 6 | ELA/S.S PBL RM. 6 | SOCIAL STUDIES RM 68 |
| CLARK | REGENTS PREP RM 2 | PREP | SOCIAL STUDIES RM 70 | SOCIAL STUDIES RM 43 | LUNCH | SOCIAL STUDIES RM 1 | REGENTS PREP S.S. ROOM 55 |
| WILLS | REGENTS PREP RM 54 | SOCIAL STUDIES RM 54 | SOCIAL STUDIES RM 69 | PREP | LUNCH | SOCIAL STUDIES RM 52 | SOCIAL STUDIES RM 50 |
| MORELLI | PBL PULL-OUT RM 5 | PREP | PBL ELA/SOCIAL STUDIES | LUNCH | PBL SOCIAL STUDIES | PBL ELA RM 6 | ELA |

# ERA RNDC TEACHER SCHEDULE — EFFECTIVE JANUARY 16, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | RM 2 | | RM 6 | | RM 1 |
| BREW-HAMMOND | BOOK-CLUB RM 68 | ELA ROOM 68 | ELA REGENTS PULL-OUT RM 55 | ELA RM 69 | LUNCH | ELA RM 70 | PREP |
| REID | BOOK-CLUB RM 43 | ELA RM 43 | ELA RM 54 | PREP | LUNCH | ELA RM 50 | ELA RM 52 |
| FANNELL | CHESS CLUB RM 50 | CHESS RM 50 | CHESS RNDC ANNEX RM 11 | PREP | LUNCH | CHESS ROOM 54 | CHESS RM 43 |
| YOUNG (follow attached A/B schedule) | ART CLUB RM 1 | ART RM 1 | ART RM 52 | LUNCH | PREP | ART RM 2 | ART RM 69 |
| VANDIVER | TEACHER MENTORING | NFTE RM 6 | NFTE RM 68 | SCIENCE RM 54 | LUNCH | SCIENCE RM 68 | PREP |
| HARRIS | SEPS | SEPS | SPED PUSH-IN RM 6 | LUNCH | PREP | SPED PUSH-IN RM 69 | SPED PUSH-IN RM 70 |
| HAYES | TABE/TASC PREP RM 56 | MATH PULL-OUT RM 56 | MATH PULL-OUT RM 56 | PREP | LUNCH | MATH PULL-OUT RM 56 (RM 5) | MATH PULL-OUT RM 56 (RM 5) |
| CROMARTIE | COPIES | COMPUTER LAB | SOCIAL STUDIES RM 70 | MATH RM 70 | LUNCH | SOCIAL STUDIES RM 1 | SOCIAL STUDIES RM 68 |
| TORRES | CHESS-CLUB RM 50 | MATH LAB RM 56 | MATH LAB RM 56 | MATH RM 68 | LUNCH | MATH RM 5 | MATH RM 5 |
| CHISOLM | TABE PREP | TABE TESTING RM 53 | TABE TESTING RM53 | TABE TESTING RM 53 | LUNCH | TABE TESTING RM 53 | TABE TESTING RM 53 |
| PAGAN | STUDENT ARRIVAL ATTENDANCE | NFTE RM 6 | MATH RM 1 | SCIENCE RM 54 | LUNCH | SCIENCE RM 68 | MATH RM 6 |
| KURMEN | ENL INTERVENTION | ENL | ENL | ENL | LUNCH | PREP | ENL |
| MORALES | TEACHER MENTORING | TASC PREP RM 5 | TASC PREP RM 5 | LUNCH | TASC PREP RM 5 | MASTER TEACHER | PREP. |

# ERA RNDC TEACHER SCHEDULE — EFFECTIVE JANUARY 16, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCKENZIE (follow attached A/B schedule) | PE PREP | PE | PE | PREP | LUNCH | PE | PE |
| SO (follow attached A/B schedule) | PE PREP | PE | PE | PREP | LUNCH | PE | PE |

## A/B ELECTIVE SCHEDULE

| A/B ART/PE CHESS/NFTE | PERIOD 1 | A/B | PERIOD 2 | A/B | PERIOD 5 | A/B | PERIOD 6 |
|---|---|---|---|---|---|---|---|
| ROOM 1 A | ART YOUNG | ROOM 52 A | PE | ROOM 2A | ART YOUNG | ROOM 69 A | ART YOUNG |
| ROOM 1 B | PE | ROOM 52 B | ART YOUNG | ROOM 2B | PE | ROOM 69B | PE |
| ROOM 6 A | NFTE VANDIVER | ROOM 68 A | NFTE VANDIVER | ROOM 54 A | PE | ROOM 43 A | CHESS FANNELL |
| ROOM 6 B | PE | ROOM 68 B | PE | ROOM 54 B | CHESS FANNELL | ROOM 43 B | PE |
| ROOM 50 A | PE | ROOM 11 A | CHESS FANNELL | ROOM 9 A | ART JOSEPHSON | ROOM 3 ANNEX A | ART JOSEPHSON |
| ROOM 50 B | CHESS FANNELL | ROOM 11 B | PE | ROOM 9 B | PE | ROOM 3 ANNEX B | PE |
| ROOM 70 A | PE | ROOM 7 A | PE | INCENTIVE GYM A/B | PE TBD | INCENTIVE GYM A/B | PE |
| ROOM 70 B | NFTE MCCANTS | ROOM 7 B | ART JOSEPHSON | | | | |
| ROOM 14 A | ART JOSEPHSON | | | | | | |
| ROOM 14 B | SPED INTERVENTION DOPWELL | | | | | | |
| ROOM 6 A | SPED INTERVENTION DOPWELL | | | | | | |
| ROOM 6 B | ART JOSEPHSON | | | | | | |