# EXHIBIT F

# GMDC Peace School Site

# Class Schedule – 2/5/18

# 2017-18 school year





Tonya Threadgill, Principal
10-10 Hazen Street
East Elmhurst, NY 11370

P 718 564 6203
F 718 546 6230

**2017-2018 School Year**　　　　　Version 6　　2-5-18

# GMDC PEACE CENTER ROOM SCHEDULE

| Room # | Period 0<br>8:00 - 8:50 | Period 1<br>8:50 - 9:45 | Period 2<br>9:45 - 10:40 | Period 3<br>10:40 - 11:35 | Period 4<br>11:35 - 12:30 | Period 5<br>12:30-1:25 | Period 6<br>1:25-2:20 |
|---|---|---|---|---|---|---|---|
| 1<br>Columbia | Circular 6:<br>Small Group<br>**Rosado** | ELA<br>Collections<br>**Rosado** | TASC<br>Math<br>**Zomb** | TASC SS<br>**Masongo** | LUNCH | TASC Science<br>**Rosado** | CTE |
| 2<br>CUNY | | TASC<br>Math<br>**Zomb** | TASC SS<br>**Masongo** | ELA<br>Collections<br>**Rosado** | LUNCH | TASC Science<br>**Anderson** | CTE |