

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3300
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Mary Lynne Werlwas
*Director*
Prisoners' Rights Project

<u>*Via ECF*</u>

December 26, 2018

Hon. George B. Daniels
United States District Court
500 Pearl Street
New York, New York 10007

Re**:**  <u>*Handberry v. Thompson*</u>, 96 Civ. 6161 (GBD)
Plaintiffs' Request for an Extension

Dear Judge Daniels:

We represent Plaintiffs in the above-referenced class action. We write to request an extension until February 1, 2019 to respond to Defendants' Motion for Partial Confirmation of Dr. Leone's Third Report and Opposition to Plaintiffs' Objections (Docket No. 293).

This is Plaintiffs' first request for this extension, and is made because Plaintiffs' counsel require more time due to holiday and other scheduling issues and the possibility that the parties may resolve this matter by settlement.

The City Defendants do not object to this extension request, and granting it will not affect any other obligations currently scheduled in this matter.

Respectfully,

/s/

Stefen R. Short
Dori Lewis
Mary Lynne Werlwas

The Legal Aid Society, Prisoners' Rights Project

Roberto Finzi
Daniel M. Stone

Paul, Weiss, Rifkind, Wharton & Garrison LLP


cc:  Janice Birnbaum, Esq., Counsel for City Defendants (Via ECF)