USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 6 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAKUNDA-ZE HANDBERRY, et. al.,                                    96  CV 6161 (GBD)

                              Plaintiffs,                   **NOTICE OF WITHDRAWAL**
                                                                **AS COUNSEL**
        - against-

WILLIAM C. THOMPSON, Jr, et. al.

                              Defendants.


        PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of Local Rules for the United

States District Courts for the Southern and Eastern Districts of New York, I, Dori A. Lewis, an

attorney at The Legal Aid Society, co-counsel for plaintiffs in the above-entitled action, hereby

withdraws as an attorney of record, because as of September 1, 2020 I will no longer be

employed as an attorney at The Legal Aid Society.  Other attorneys from The Legal Aid Society

and co-counsel from the law firm of Paul, Weiss, Wharton, Rifkind & Garrison, LLP will

continue to serve as counsel of record to said plaintiffs in the above-referenced matter.

Therefore, I hereby request that the Court grant my withdrawal and that my appearance

be removed from the docket.

Date: New York, New York

August 25, 2020                                        Respectfully Submitted

                                                       THE LEGAL AID SOCIETY

                                                       By: /s/ *Dori A. Lewis*
                                                       Dori A. Lewis
                                                       199 Water Street
                                                       New York, NY 10038
                                                       Tel: 212-577-3530
                                                       dlewis@legal-aid.org

SO ORDERED: *George B. Daniel*
Dated:   AUG 2 6 2020

2