UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ZAKUNDA-ZE HANDBERRY, et al.,

                Plaintiffs,

-against-

WILLIAM C. THOMPSON, JR. et al.,

                Defendants.

-------------------------------------------------------x

**NOTICE OF MOTION**

96 Civ. 6161 (GBD)

    **PLEASE TAKE NOTICE** that, upon the Declaration of Stefen R. Short dated April 3, 2024, the Declaration of Lauren Stephens-Davidowitz dated April 3, 2024, the exhibits annexed to both declarations, and the accompanying Memorandum of Law, the Plaintiff Class, by its undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order modifying the Court's order dated March 31, 2016 to reappoint a monitor for a term of two academic years.

    **PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(b), defendants shall serve their opposition to this Motion within fourteen days after service of the moving papers, and plaintiffs shall serve any reply within seven days after defendants file their opposition.

Dated: New York, New York
April 3, 2024

                                                      THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT

*/s/ Lauren Stephens-Davidowitz*
Lauren Stephens-Davidowitz
Stefen R. Short
Mary Lynne Werlwas
49 Thomas Street, 10th Floor
New York, New York 10013
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON & GARRISON

Roberto Finzi
Tyler Anger
Claire Lisker
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

*Attorneys for Plaintiffs*