UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ZAKUNDA-ZE HANDBERRY, ET AL.,

                Plaintiffs,

    -against-                          MEMORANDUM OPINION
                                          AND ORDER

WILLIAM C. THOMPSON, JR., ET AL.,

                Defendants.              96 Civ. 6161 (GBD)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      Defendants' time to respond to Plaintiffs' Motion to Alter Judgment, (ECF No. 319), is hereby extended to June 7, 2024.

Dated: New York, New York                      SO ORDERED:
       May 14, 2024

                                                           *[signature]*
                                                            GEORGE B. DANIELS
                                                             United States District Judge