UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ZAKUNDA-ZE HANDBERRY, et al.,

        Plaintiffs,

-against-

WILLIAM C. THOMPSON, JR. et al.,

        Defendants.

----------------------------------------------------------x

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAY 1 5 2024

96 Civ. 6161 (GBD)

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Stefen R. Short, and subject to the approval of the Court, Stefen R. Short hereby withdraws as counsel for Plaintiffs and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. His colleague Lauren Stephens-Davidowitz is a Staff Attorney at the Prisoners' Rights Project of The Legal Aid Society and will continue to represent Plaintiffs in this proceeding.

DATED:    May 4, 2024
               New York, New York

                              THE LEGAL AID SOCIETY
                              PRISONERS' RIGHTS PROJECT

                              */s/ Stefen R. Short*
                              Stefen R. Short
                              49 Thomas Street, 10th Floor
                              New York, New York 10013
                              (212) 577-3530

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ZAKUNDA-ZE HANDBERRY, et al.,

           Plaintiffs,

-against-                                                 96 Civ. 6161 (GBD)

WILLIAM C. THOMPSON, JR. et al.,

           Defendants.

------------------------------------------------------x

      I, Stefen R. Short, under penalty of perjury, pursuant to 28 U.S.C. § 1746, declare as follows:

      1.     I am an attorney at the Prisoners' Rights Project of The Legal Aid Society, counsel for the Plaintiff Class in this case.

      2.     I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel and leaving the full-time employ of The Legal Aid Society.

      3.     Lauren Stephens-Davidowitz of The Legal Aid Society's Prisoners' Rights Project will continue to represent Plaintiffs in this matter.

      4.     My withdrawal will not delay the matter or prejudice any party and will not otherwise affect any dates or deadlines in this action.

      5.     I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    May 4, 2024
                   New York, New York

                                                                                                      /s/ *Stefen R. Short*
                                                                                                       Stefen R. Short