UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAKUNDA-ZE HANDBERRY, et al.,

Plaintiffs,

-against-

WILLIAM C. THOMPSON, JR. et al.,

Defendants.

Case No. 96 Civ. 6161 (GBD)

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

Please take notice that, upon the annexed declaration, and subject to the approval of the Court, Claire Lisker hereby withdraws as counsel for plaintiffs Zakunda-Ze Handberry, et al., and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Roberto Finzi and Tyler Anger of Paul, Weiss, Rifkind, Wharton & Garrison LLP, as well as Lauren Stephens-Davidowitz and Mary Lynne Werlwas of The Legal Aid Society, Prisoners' Rights Project will continue to represent the plaintiff class in this proceeding.

Dated: New York, New York
October 22, 2024

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ Claire Lisker
Claire Lisker
1285 Avenue of the Americas
New York, New York 10019
Phone: 212-373-3000
Email: clisker@paulweiss.com

*Attorney for Plaintiffs*

SO ORDERED:

________________________________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZAKUNDA-ZE HANDBERRY, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>WILLIAM C. THOMPSON, JR. et al.,<br><br>Defendants. | Case No. 96 Civ. 6161 (GBD) |

**DECLARATION OF CLAIRE LISKER**

I, Claire Lisker, declare and state as follows:

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019, counsel for plaintiffs Zakunda-Ze Handberry, et al. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for the plaintiff class because I am leaving the employ of Paul, Weiss.

2. Roberto Finzi and Tyler Anger of Paul, Weiss, Rifkind, Wharton & Garrison LLP, as well as Lauren Stephens-Davidowitz and Mary Lynne Werlwas of The Legal Aid Society, Prisoners' Rights Project will continue to represent the plaintiff class in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

I certify under penalty of perjury that the foregoing is true and correct.

October 22, 2024
New York, New York

*/s/ Claire Lisker*
Claire Lisker

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 22, 2024, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on October 22, 2024, caused a true and correct copy of the foregoing to be served upon Miguel Perez, 2600 Marion Avenue, Apartment 6, Bronx, NY 10458 by Federal Express for overnight delivery.

October 22, 2024
New York, New York

*/s/ Claire Lisker*
Claire Lisker