```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAKUNDA-ZE HANDBERRY, et al.,

        Plaintiffs,

-against-

WILLIAM C. THOMPSON, JR. et al.,

        Defendants.

Case No. 96 Civ. 6161 (GBD)

**NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL**

        Please take notice that, upon the annexed declaration, and subject to the approval of the Court, Claire Lisker hereby withdraws as counsel for plaintiffs Zakunda-Ze Handberry, et al., and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Roberto Finzi and Tyler Anger of Paul, Weiss, Rifkind, Wharton & Garrison LLP, as well as Lauren Stephens-Davidowitz and Mary Lynne Werlwas of The Legal Aid Society, Prisoners' Rights Project will continue to represent the plaintiff class in this proceeding.

Dated: New York, New York
      October 22, 2024

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ Claire Lisker
Claire Lisker
1285 Avenue of the Americas
New York, New York 10019
Phone: 212-373-3000
Email: clisker@paulweiss.com

*Attorney for Plaintiffs*

Granted.

SO ORDERED:

10/23/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE