<u>**VIA ECF**</u>

November 12, 2024

Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re: *Handberry v. Thompson*, 96-cv-6161 (GBD)(RWL)**

Dear Judge Lehrburger:

We write jointly on behalf of the parties in the above-referenced matter to set forth a partial schedule for the parties to meet and confer.

On October 30, 2024, the Court ordered the parties to file a proposed schedule for the meet and confer process listing the subject matter to be discussed at each meeting. *See* ECF. No. 352.

The parties intend to engage in several meet and confers in the upcoming weeks, and exchange information in writing, and have so far agreed to the following:

| Date | Topic |
| --- | --- |
| November 18, 2024 | Defendants' proposed hybrid in-person and remote learning plan. |
| November 22, 2024 | Plaintiffs' counsel's requests for information made in their August 1, 2024 letter to Defendants. |

Respectfully submitted,

THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT

*/s/ Lauren Stephens-Davidowitz*

Mary Lynne Werlwas
Antony Gemmell
Lauren Stephens-Davidowitz
49 Thomas Street, 10th Floor
New York, New York 10013
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Roberto Finzi*

Roberto Finzi
Tyler A. Anger
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

*Attorneys for the Plaintiff Class*

**MURIEL GOODE-TRUFANT**
Acting Corporation Counsel
The City of New York
Attorneys for City Defendants
100 Church Street, Room 2-169
New York, New York 10007
(212) 356-4367
beanders@law.nyc.gov

*/s/ Belina Anderson*
Belina Anderson
Assistant Corporation Counsel

*Attorneys for Defendants*