```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZAKUNA-ZE HANDBERRY, ET AL.,

                Plaintiffs,

    - against -

WILLIAM C. THOMPSON, JR. ET AL.,

                Defendants.
-----------------------------------------------------------------X

96-CV-6161 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Court held a case management conference on December 12, 2024. As discussed, *inter alia*:

    1.    By **December 13, 2024**, Plaintiffs shall identify in writing to Defendant the information requests for which they still seek a written position from Defendant; for which they seek a committed deadline for production; and for which Defendant has provided information but Plaintiff deems insufficient. In addition, Plaintiff shall provide suggested agendas for the two additional in-person meet and confers that will be held after the December 17, 2024 meet and confer and before January 8, 2024.

    2.    By **December 24, 2024**, Defendant shall substantively answer in writing Plaintiff's inquiries about the information requests provided on December 13, 2024.

    3.    After the December 17, 2024 in-person meet and confer, the parties shall complete at least two additional in-person meet and confers **by January 8, 2024**.

4. The parties shall continue to meet and confer cooperatively and in good faith on all issues and shall have tele/video conferences in addition to the in-person meet and confers to discuss, make progress on, and ultimately resolve open issues.

5. The Court will set a date **on or about January 21, 2024**, for the next conference with the Court. At least 48 hours in advance of the conference, the parties shall jointly file a status report and identify how the Court can be most helpful for the upcoming conference.

           SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 12, 2024
      New York, New York

Copies transmitted this date to all counsel of record.