```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZAKUNA-ZE HANDBERRY, ET AL.,

                Plaintiffs,

    - against -

WILLIAM C. THOMPSON, JR. ET AL.,

                Defendants.
-------------------------------------------------------------X

96-CV-6161 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed at today's case management conference:

    1.    By **January 24, 2025**, Defendants shall submit a revised proposed FERPA notice and order. Defendants may employ a three-tranche distribution of FERPA notices as discussed. The revised proposed notice and order should be consistent with each other, and the order should include the three-tranche schedule. The order should omit the 2024-2025 school-year limitation; the issue of the scope of production of records can be addressed separately without addressing it in the FERPA order.

    2.    By **January 24, 2025**, Plaintiff shall reply to Defendants' December 24, 2024 letter concerning documents to be produced.

    3.    By **February 7, 2025**, the parties shall meet and confer to further discuss the scope of documents to be produced, which meeting shall focus on either DOC or DOE documents.

1

4. By **February 14, 2025**, the parties shall hold a second meet and confer to further discuss the scope of documents to be produced, which meeting shall focus on whichever defendant department was not the focus of the first meet and confer.

5. By **February 21, 2025**, the parties shall file a letter either jointly or each singly addressing unresolved document production issues and proposing next steps.

6. The Court will schedule another case management conference to take place at the end of February or early March.

                    SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2025
      New York, New York

Copies transmitted this date to all counsel of record.