

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BELINA ANDERSON**
Phone: (212) 356-4367
Fax: (212) 356-2089
Email: beanders@law.nyc.gov

April 1, 2025

*By ECF*
Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, N.Y. 10007

Re:    *Handberry, et al.* v. *Thompson, Jr., et al.*, 96 Civ. 6161 (GBD) (RWL)
          *Filing Under Seal*

Dear Magistrate Judge Lehrburger:

Yesterday was the date by which Defendants agreed to submit their response to Plaintiff Class's requests for information in this matter. ECF No. 388. In communications between the parties and the Court yesterday, the Court instructed Defendants to send an unredacted version of Defendants' submission to the Court by email, to file a redacted version on the public docket, and to file an unredacted version under seal.

Yesterday, Defendants served Plaintiff Class with an unredacted version by email. Defendants also sent an unredacted version to the Deputy Clerk by email. We were unable to file an unredacted version under seal without a docket number for a motion requesting to file under seal or an order permitting same. Defendants checked the docket earlier today and further communicated with the Court.

Defendants' understanding is that Defendants should submit a letter requesting authorization to file Defendants' unredacted submission under seal. Defendants, respectfully, submit this letter to obtain such authorization. Defendants' further understanding is that Defendants could submit this letter directly to the Court by email. Defendants will also submit this letter as a motion on the electronic docket, if the Court so instructs Defendants.

The request to file the unredacted copy of Defendant's letter under seal is granted without prejudice to Plaintiff's right to contest whether any redacted passages should remain so. In that regard, Plaintiff should first meet and confer with Defendant to discuss the issue. Any request for different treatment of the redacted material shall be filed by April 14, 2025.

Respectfully,

SO ORDERED:

04/02/2025

Belina Anderson
Assistant Corporation Counsel

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

cc:

Charles Orsland, NYC Law Department, *corsland@law.nyc.gov*