

49 Thomas Street
New York, NY 10013
(212) 577-3300
www.legalaidnyc.org

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Justine M. Luongo
*Chief Attorney*
*Criminal Practice*

Mary Lynne Werlwas
*Director*
*Prisoners' Rights Project*

**VIA ECF**

April 4, 2025

Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

SO ORDERED:
04/07/2025
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *Handberry v. Thompson*, 96-cv-6161 (GBD)(RWL)

Dear Judge Lehrburger:

    We write on behalf of Plaintiffs in the above-referenced matter to request an order under Your Honor's Individual Rule III.G authorizing the sealed filing of Plaintiffs' reply to Defendants' March 31, 2025 Letter, ECF No. 393.

    Plaintiffs have no confidentiality interest in the information contained within the reply. Defendants, however, have expressed concerns regarding the disclosure of ostensibly "confidential" information in certain of Plaintiffs' recent filings. *See, e.g.*, Letter from B. Anderson, dated Mar. 20, 2025, ECF No. 391 at 1, 4. Defendants' concerns have not yet been addressed by the Court or otherwise resolved. Plaintiffs therefore seek to provisionally file the entirety of their reply under seal so that Defendants may have an opportunity to seek continued protection of any material they believe may be confidential. Defendants have agreed to this process.

    At this time, Plaintiffs take no position as to any such request that Defendants may file. The parties have agreed to work together to submit an unsealed version of Plaintiffs' reply by April 10, 2025.

**Justice in Every Borough.**

Respectfully submitted,

THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT

*/s/ Lauren Stephens-Davidowitz*

Lauren Stephens-Davidowitz
Antony Gemmell
Mary Lynne Werlwas
49 Thomas Street, 10th Floor
New York, New York 10013
(212) 577-3530

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

Roberto Finzi
Tyler A. Anger
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

*Attorneys for Plaintiffs*