PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BRUSSELS
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

DIRECT DIAL: (212) 373 3675
EMAIL: TANGER@PAULWEISS.COM

**VIA ECF**

May 16, 2025

> Granted. ECF No. 390-2 shall remain under seal for the reasons discussed at the April 9, 2025 conference.
>
> SO ORDERED:
>
> 05/19/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

The Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** *Handberry v. Thompson*, 96-cv-6161 (GBD)(RWL)

Dear Judge Lehrburger:

 I write on behalf of Plaintiffs in the above-referenced matter to request an order permanently sealing ECF No. 390-2. At the April 9, 2025 Case Management Conference, the Court determined that certain information in the filing should be filed under seal. *See* Tr. of Apr. 9, 2025 Case Mgmt. Conf. at 8.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Tyler Anger*

Roberto Finzi
Tyler A. Anger
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3311

THE LEGAL AID SOCIETY
PRISONERS' RIGHTS PROJECT

*/s/ Lauren Stephens-Davidowitz*

Mary Lynne Werlwas
Antony Gemmell
Lauren Stephens-Davidowitz
49 Thomas Street, 10th Floor
New York, New York 10013
(212) 577-3530

*Attorneys for Plaintiffs*