UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ZAKUNA-ZE HANDBERRY, ET AL., :

                                   Plaintiffs, :

             - against - :

:

WILLIAM C. THOMPSON, JR. ET AL., :

                               Defendants. :

---------------------------------------------------------------X

**96-CV-6161 (GBD) (RWL)**

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held on December 18, 2025:

1.      The relief sought by Plaintiffs in Dkt. 406 is granted.

2.      To the extent that Defendants believe they already have produced documents in response to Request 14 concerning class members who were entitled to summer school but did not receive it, they shall identify those documents for Plaintiffs by **January 16, 2026**.

3.      Defendants shall produce all outstanding documents and information as requested in Dkt. 406 by **January 30, 2026**, except that the additional call down lists (item II(A)) shall be produced by **February 6, 2026**.  (Defendants represented in court that they have no additional documents responsive to Requests 8 and 16-21, and no videos in response to Request 10.)

4.      Plaintiff's application at Dkt. 408 is granted.  Defendants shall produce to Plaintiffs by **January 30, 2026**, any documents or information they have withheld based on their erroneous interpretation of the FERPA Order, including documents from NIC.

1

5.      **Between now and January 30, 2026**, the parties shall meet (either in person or remotely) for no less than six hours to discuss Plaintiffs' November 20, 2025 proposals for relief and any others that the parties may propose to resolve the current dispute.

6.      If, as a result of additional documents and information provided by Defendants, Plaintiffs have any additional proposals beyond those included in the November 20, 2025 proposals, Plaintiffs shall provide them to Defendants by **February 20, 2026**.  The parties shall then continue to meet and confer to agree upon proposed actions.

7.      By March 16, 2026, the parties shall file a joint status report of no more than 10 pages, which shall also indicate whether the parties, because of any still unresolved terms of agreement, believe it would be helpful to have the Court's assistance.  If so, the Court will schedule a settlement conference at that time.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

2