

SO ORDERED:

3/6/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Steven Banks**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BELINA ANDERSON**
Phone: (212) 356-4367
Fax: (212) 356-2089
Email: *beanders@law.nyc.gov*

March 5, 2026

*By ECF*
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
United State Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    *Request to change joint report filing date*
*Handberry, et al. v. Thompson, Jr., et al.* (96 Civ. 6161 [GBD] [RWL])

Your Honor:

I am the Assistant Corporation Counsel who represents Defendants in this class action commenced by individuals in the custody of the New York City Department of Correction ("DOC") who alleged the New York City Department of Education ("DOE") was not providing them adequate educational services. At the last conference, Your Honor ordered Defendants provide outstanding disclosure, if any; Plaintiffs provide additional proposals, if any; the parties meet and confer; and the parties file a joint status report by March 16, 2026. (ECF No. 410). Drafting the status report is the one item remaining.

In the last two months, the agencies' leadership has changed. Most prominently, DOE has a new Chancellor and DOC has a new Commissioner. Agency counsel need additional time to brief incoming leadership about this matter and this office needs time to consider their positions. Defendants, respectfully, request the Court extend the joint report filing date until March 31, 2026. Class Counsel consent to this request, which will not change any other dates in this matter. The parties have not made a prior request to extend the filing date.

Respectfully,

Belina Anderson
Assistant Corporation Counsel

copy by ECF:  All counsel of record