UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ZAKUNDA-ZE HANDBERRY, ET AL.,                      :

                                    :          96-CV-6161 (GBD) (RWL)

                        Plaintiffs,  :

                                    :

          - against -                :                 **ORDER**

                                    :

                                    :

WILLIAM C. THOMPSON, JR., ET AL.,     :

                                    :

                        Defendants.   :

                                    :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed counsel's joint status report dated March 31, 2026.  It appears to the Court that Defendants have made some progress to remedy problems but that more needs to be done.  The Court is disappointed that DOC and DOE principals did not attend any of the meet and confers.  So that further progress can be made, the Court orders as follows.

1.      **Spreadsheet:** The parties shall prepare a joint spreadsheet to be submitted to the Court by **May 27, 2026**.  The spreadsheet should include the following rows and columns.  Rows should be designated by the problem requiring redress (e.g., No education at [facility]; Less than 3 hours per day; etc.).  Columns should consist of the following:  (1) Plaintiffs' proposal; (2) What Defendants have done already to redress the problem; (3) Defendants' claimed impediments to redressing the problem; (4) Defendants' proposal to further redress the problem (if Defendants' position is that they have sufficiently redressed the problem and that there is no more that can be done, they may so state); (5) Defendants' proposed time frame to complete the proposal; (6) Defendants'

1

proposed means of verifying that the problem has been sufficiently addressed.  The parties may use shorthand terms for the row and column headings.

2.      **Meet And Confer:**  Between **May 28, 2026** and **June 26, 2026**, the parties shall have at least three in-person meet and confer sessions of at least two hours each to work toward final resolution.  Principals of both DOC and DOE must attend each meet and confer session unless all parties agree that is not necessary.

3.      **Joint Status Report:**  By **July 14, 2026**, the parties shall submit to the Court a joint status report, including an updated spreadsheet.

4.      **Conference:**  The Court will then hold a conference to assess whether the parties can resolve any remaining differences or instead whether they should resume the formal litigation track.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 6, 2026
       New York, New York

Copies transmitted this date to all counsel of record.

2