UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ZAKUNDA-ZE HANDBERRY, ET AL.,

Plaintiffs,

- against -

WILLIAM C. THOMPSON, JR., ET AL.,

Defendants.

---------------------------------------------------------------X

96-CV-6161 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held on August 4, 2026:

1. By **August 31, 2026**, Defendants will provide Plaintiffs with a written detailed, fulsome settlement proposal.

2. By **September 15, 2026**, Plaintiffs shall provide Defendants with a written counter proposal.

3. By **September 29, 2026**, counsel for the parties shall meet and confer to substantively address the proposals.

4. By **October 6, 2026**, the parties shall file a joint letter providing the Court with a status update.

5. After October 6, 2026, the parties shall continue intensive efforts, including meeting and conferring to further narrow or fully resolve the issues in dispute unless and until the Court orders otherwise.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 4, 2026
New York, New York

Copies transmitted this date to all counsel of record.