Granted.
SO ORDERED:
9/1/2026
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**STEVEN BANKS**
Corporation Counsel

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CHLARENS ORSLAND**
Assistant Corporation Counsel
Phone: (212) 356-2086
Email: *corsland@law.nyc.gov*

August 31, 2026

**BY ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: *Handberry, et al. v. Thompson, Jr., et al.* (96-cv-6161) (GBD) (RWL)

Dear Judge Lehrburger:

On behalf of the Defendants in the above-captioned action, and with the consent of Plaintiffs' counsel, we write to request a one-week extension of the parties' submission deadlines relating to the Court's Order, dated August 4, 2026 (ECF No. 419), and the parties' settlement efforts. Currently, the Defendants' settlement proposal is due today, August 31st and Plaintiffs' counter proposal due September 15th, followed by counsel for parties meeting and conferring up to September 29th, followed by the parties providing a status update to the Court in a joint letter due on October 6th.

Despite best efforts, Defendants regrettably were unable to circulate a proposed settlement stipulation today. After extensive internal discussions while attempting to finalize the proposal this past week, two principal agency officials were lost to vacations, and it now appears Defendants cannot move forward without their input. We are now attempting to set up further discussions while they are on vacation, so we can distribute a proposal by next Tuesday. As Your Honor noted at the case management conference held on August 4th, the fact that two agencies must agree on the details makes the process more challenging than most.

Defendants have proposed to Plaintiffs a modified schedule as follows:

1. By **September 8, 2026**, Defendants will provide Plaintiffs with a written settlement proposal;
2. By **September 22, 2026**, Plaintiffs will provide Defendants with a written counter proposal;

3. By **October 6, 2026,** counsel for the parties shall have met and conferred to substantively address the proposals;

4. By **October 13, 2026,** the parties shall file a joint letter providing the Court with a status update.

Defendants apologize for the late notice and appreciate the Court's attention to this matter. We also very much appreciate Plaintiffs' cooperation. No prior application has been made for the relief requested.

Respectfully submitted,

Chlarens Orsland
Assistant Corporation Counsel

cc: All Counsel of record (via ECF)